# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE LA CRUZ, | Case No. EDCV 15-2650-DMG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 29, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE